*920 481 U. S. 279;
*921 No. 86-1158.
No. 86-1209.
No. 86-1467.
No. 86-1479.
No. 86-1545.
No. 86-5884.
No. 86-6323.
No. 86-6325.
No. 86-6333.
No. 86-6377.
No. 86-6460.
No. 86-6474.
No. 86-6606.
481 U. S. 1004;
480 U. S. 932;
481 U. S. 1017;
481 U. S. 1017;
481 U. S. 1012;
481 U. S. 1042;
480 U. S. 948;
480 U. S. 949;
480 U. S. 949;
481 U. S. 1024;
481 U. S. 1021;
481 U. S. 1026; and
481 U. S. 1040. Petitions for rehearing denied.